| | |
|---|---|
| 1 | STEVEN A. GROODE, Bar No. 210500 |
| | LITTLER MENDELSON, P.C. |
| 2 | 2049 Century Park East |
| | 5th Floor |
| 3 | Los Angeles, CA  90067.3107 |
| | Telephone:   310.553.0308 |
| 4 | Facsimile:    310.553.5583 |
| | sgroode@littler.com |
| 5 | |
| | JOHN H. ADAMS, JR., Bar No. 253341 |
| 6 | LITTLER MENDELSON, P.C. |
| | 500 Capitol Mall |
| 7 | Suite 2000 |
| | Sacramento, CA  95814 |
| 8 | Telephone:   916.830.7200 |
| | Facsimile:    916.561.0828 |
| 9 | jhadams@littler.com |
| 10 | Attorneys for Defendant |
| | GENESIS NETWORKS TELECOM SERVICES, |
| 11 | LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COURTNEY TLUCZEK, | | Case No. |
| Plaintiff, | | **CERTIFICATE OF SERVICE** |
| v. | | |
| GENESIS NETWORKS TELECOM SERVICES, LLC; DOES 1-100 INCLUSIVE, AND EACH OF THEM, | | |
| Defendant. | | |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

FIRMWIDE:147629848.1 086749.1001

Case No.

CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 500 Capitol Mall, Suite 2000, Sacramento, California 95814. On May 15, 2017, I served the within document(s):

**CIVIL COVER SHEET;**

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441 [DIVERSITY JURISDICTION]**

☐ **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses below and *(specify one)*:

☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at*:* **Sacramento, California**.

☐ **By Overnight Delivery.** I deposited a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ **By Personal Delivery.** I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

FIRMWIDE:147629848.1 086749.1001      2.      Case No.

CERTIFICATE OF SERVICE

☐ **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

☐ **By Electronic Service**. Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

Todd M. Friedman
Meghan E. George
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Ste. 780
Woodland Hills, CA 91367
Telephone: 877.206.4741
Facsimile: 866.633.0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 15, 2017, at Sacramento, California.

/s/ *Laura Kahl*

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

FIRMWIDE:147629848.1 086749.1001          3.          Case No.

CERTIFICATE OF SERVICE